# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUDIE G. LEVENTHAL,
                    Appellant,
            vs.
MARGARET PICKARD, ESQ., D/B/A
MARGARET PICKARD, PLLC; AND DR.
MELISSA F. KALODNER, PSY.D,
                    Respondents.

No. 75266



FILED

SEP 2 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order awarding judgment in a breach of contract action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

On March 9, 2018, the clerk of this court issued a notice directing appellant to file, by July 9, 2018, either a brief that complied with NRAP 28(a) and NRAP 32, or an informal brief for pro se parties. The notice cautioned that failure to comply could result in the dismissal of this appeal. Appellant did not comply and on August 8, 2018, we entered an order directing appellant to file and serve either a brief that complied with NRAP 28(a) and NRAP 32, or an informal brief for pro se parties by August 23, 2018. We again cautioned that failure to comply may result in the dismissal of this appeal.

To date, appellant has not filed a brief in compliance with NRAP 28(a) and NRAP 32 or an informal brief for pro se parties, or

18-37145

otherwise communicated with this court. Accordingly, it appears that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____Pickering_____, J.
                Pickering

_____Gibbons_____ J.                    _____Hardesty_____, J.
Gibbons                                      Hardesty


cc:    Hon. Joanna Kishner, District Judge
       Audie G. Leventhal
       Parry & Pfau
       Eighth District Court Clerk